LEONARD JOHNSON, APPELLANT, v. ASBURY PARK PRESS, INCORPORATED, ET AL., RESPONDENTS.

Submitted October 30, 1936—Decided January 22, 1937.

For the appellant, *Robert S. Hartgrove.*

For the respondents, *Lester C. Leonard.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Circuit Court Judge Lawrence, sitting as Supreme Court commissioner.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 14.

*For reversal*—None.